IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LESLEE FAYE PARISIAN,<br><br>Defendant. | MJ 23-67-GF-JTJ<br><br>(1:16CR02006-EFS-8)<br><br>ORDER FOR TRANSFER TO DISTRICT OF OFFENSE |

IT IS HEREBY ORDERED that pursuant to Fed. R. Crim. P. 32.1(a)(5), the United States Marshal shall transport the defendant to the Eastern District of Washington, where the original charging documents were filed.

DATED this 27th day of June, 2023.

John T. Johnston
United States Magistrate Judge